**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 10-cr-00220-DME

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. MIGUEL ANGEL VELASQUEZ a/k/a Outlaw,
2. RAUL ESCAMILLA-ARREGUIN,
3. FRANCISCO EUGENIO CHAVEZ a/k/a Pancho,
4. ALFREDO ESCAMILLA-ARREGUIN,
5. FRANCISCO VALENCIA-ARIAS a/k/a Kiki,
6. TOMI JOEL VELASQUEZ a/k/a Sepeda,
7. JESSICA REHLING,
8. GREGORY TRAMMELL,
9. FLAVIO VILLALVA,
10. VERONICA GRANADOS a/k/a Vero,
11. TRAVIS BOB,
12. JANA STRIBLING, and
13. SOFIA MARTINEZ,

      Defendants.

**ORDER SETTING HEARING ON DEFENDANT MIGUEL ANGEL VELASQUEZ'S
ATTORNEY'S MOTION TO WITHDRAW AND
DENYING REQUEST THAT THE MOTION BE FILED UNDER SEAL**

      This matter is before the Court upon receipt of the *Ex* Parte Motion to Withdraw as Attorney of Record and for Appointment of Counsel (Doc. No. 310), filed by Mr. Saint Veltri, appointed counsel for Defendant Miguel Angel Velasquez. The request to file this motion *ex parte* under seal is DENIED. See D.C.Colo. L.Cr.R. 17.2.

      The Certificate of Service to the motion indicates that a copy of the motion was served upon his client, Miguel Angel Velasquez, upon counsel of record for the Government, and upon counsel for Defendants Tomi Joel Velazquez, Francisco Eugenio Chavez, and Sofia Martinez.

Mr. Saint Veltri is ORDERED to serve copies of this motion on the remaining Defendants, Jessica Rehling, Gregory Trammell, Flavio Villalva, Veronica Granados, Travis Bob, and Jana Stribling, through counsel.  <u>See</u> D.C.Colo. L.Cr.R. 57.5(D).

      IT IS FURTHER ORDERED that a hearing on this motion is scheduled for **Thursday, December 16, 2010, at 11:00 a.m.**, to occur in the Byron G. Rogers U.S. District Courthouse, Courtroom C202, 2d Floor, 1929 Stout Street, Denver, Colorado.  All counsel and Defendants in this case are ordered to be in attendance except any Defendant who has notified the Court of his or her intent to enter into a disposition, and counsel representing that Defendant may be excused from attending the hearing provided that a written request to that effect is received by the Court by Wednesday, December 15, 2010, at 4:00 p.m.[1]  Any remaining Defendants who have not indicated an intention to enter into a disposition, and his or her attorney, may similarly be excused from the hearing upon written request to that effect and received by the Court by Wednesday, December 15, 2010 at 4:00 p.m.

      DATED:   December 10, 2010.

BY THE COURT:

*s/ David M. Ebel*

David M. Ebel
United States Circuit Judge

---

[1] An order was previously entered excusing Defendant Travis Bob and his attorney from attending any hearing except those pertaining to him.  (Doc. No. 194).