**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 1:10-cr-00220-DME

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MIGUEL ANGEL VELASQUEZ,

    Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY DAVID M. EBEL

    The Sentencing Hearing for Defendant Miguel Angel Velasquez is scheduled for November 9, 2011, at 10:00 a.m.

    DATED:  July 27, 2011