**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 1:10-cr-00220-DME

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MIGUEL ANGEL VELASQUEZ,

    Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY DAVID M. EBEL

    A one-day Evidentiary Hearing and Sentencing Hearing for Defendant Miguel Angel Velasquez is scheduled for April 4, 2012, at 9:00 a.m.  The opening brief for Defendant Miguel Angel Velasquez is due February 24, 2012.  Any such response by the Government is due March 7, 2012.

    DATED:  January 10, 2012