**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE DAVID M. EBEL**

**COURTROOM MINUTES**

Courtroom Deputy: a.m. - Kathy Preuitt-Parks
Courtroom Deputy: p.m. - LaDonne Bush
Court Reporter: Janet Coppock
Probation Officer: Lisa Pence

Date: April 4, 2012
Interpreters: Marcela Salazar and Ruth Warner

**CASE NO. 10-CR-00220-DME-01**

Parties

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**1. MIGUEL ANGEL VELASQUEZ,**

    Defendant.

Counsel

MJ Menendez
Kasandra Carleton

Clifford Barnard

**SENTENCING**

**9:14 a.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.  Defendant is present and in custody.

Also present are Gram Coder (Federal Bureau of Investigation), Jesus Pastrana (Weld County Sheriff's Office) and Tonya Gutierrez (Greeley Police Department).

Court and counsel discuss preliminary matters.

The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case.

Page Two
10-CR-00220-DME-01
April 4, 2012

**ORDERED:** Government's Motion for Decrease for Acceptance of Responsibility (Doc #581) is **GRANTED.**

**ORDERED:** Government's Motion to Dismiss Counts Two Through Nineteen (Doc #582) is **GRANTED.**

**9:46 a.m.** Argument by Ms. Menendez in support of the Government's motion for Downward Departure Pursuant to U.S.S.G § 5K1.1.

**10:00 a.m.** Argument by Mr. Barnard.

Court states its findings.

**ORDERED:** Government's motion for Downward Departure Pursuant to U.S.S.G § 5K1.1 (Doc #583) is **GRANTED.**

**Defendant's Motion for Variant Sentence (Doc #593)**

**10:11 a.m.** Direct examination of defendant's witness Deputy Michael Fink by Mr. Barnard.

**10:30 a.m.** Cross examination by Ms. Menendez.

**10:36 a.m.** Redirect examination by Mr. Barnard.

Witness excused.

**10:38 a.m.** Interpreter Marcella Salazar is sworn with no challenges to her qualifications.

**10:39 a.m.** Direct examination of defendant's witness Victoriano Fuentes Bonilla by Mr. Barnard.

**11:08 a.m.** **COURT IN RECESS**

**11:17 a.m.** **COURT IN SESSION**

Cross examination by Ms. Menendez.

**11:30 a.m.** Redirect examination by Mr. Barnard.

Witness excused.

Page Three
10-CR-00220-DME-01
April 4, 2012

**11:33 a.m.**   Direct examination of defendant's witness Juan Luis Virgen by Mr. Barnard.

**11:45 a.m.**   Cross examination by Ms. Menendez.

**11:52 a.m.**   Redirect examination by Mr. Barnard.

Witness excused.

**11:54 a.m.**   Interpreter Ruth Warner is sworn with no challenges to her qualification.

**11:55 a.m.**    Direct examination of defendant's witness Humberto Fuentes Granado by Mr. Barnard.

**12:14 p.m.**   Cross examination by Ms. Carleton.

**12:35 p.m.**   Redirect examination by Mr. Barnard.

Witness excused.

**12:40 p.m.**   **COURT IN RECESS**

**1:45 p.m.**   **COURT IN SESSION**

Defendant's witness, Nathan Martinez, sworn.

Direct examination by Mr. Barnard.

**1:59 p.m.**   Cross examination by Ms. Menendez.

Witness excused.

**2:07 a.m.**   Defendant's witness, William Robertson, sworn.

Direct examination by Mr. Barnard.

**2:17 p.m.**   Cross examination by Ms. Carleton.

**2:31 p.m.**   Redirect examination by Mr. Barnard.

**2:34 p.m.**   Defendant's witness, Nazario Ornelas, sworn.

Direct examination by Mr. Barnard.

Page Four
10-CR-00220-DME-01
April 4, 2012

Witness excused.

**2:58 p.m.**     Defendant sworn.

Direct examination by Mr. Barnard.

**3:22 p.m.**     **COURT IN RECESS**

**3:40 p.m.**     **COURT IN SESSION**

Continued direct examination by Mr. Barnard.

**4:26 p.m.**     Discussion regarding schedule.

**4:39 a.m.**     Cross examination by Ms. Menendez.

**5:10 p.m.**     Discussion regarding schedule.

**ORDERED**: Sentencing is continued to tomorrow at 8:45 a.m.

**ORDERED**: Defendant remanded to the custody of the U. S. Marshal.

**5:16 p.m.**     **COURT IN RECESS**

Time: 6:30

Hearing continued.